# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-4002

_____

Clara Reece Fuller,                          *
                                             *
            Appellant,                       *
                                             *   Appeal from the United States
      v.                                     *   District Court for the Northern
                                             *   District of Iowa.
Alliant Energy,                              *
                                             *   [UNPUBLISHED]
            Appellee.                        *

_____

Submitted: June 23, 2008
Filed: July 10, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Clara Reece Fuller, an African-American woman, appeals the district court's[1] grant of summary judgment in favor of her former employer, Alliant Energy, on her claims of race, sex, and disability discrimination. Because we conclude that Fuller's notice of appeal was untimely filed thirty-one days after the district court entered judgment, and the thirtieth day did not fall on a Saturday, Sunday, or legal holiday, we dismiss the appeal for lack of jurisdiction. See Fed. R. App. P. 4(a)(1)(A) (in civil cases, NOA must be filed within 30 days after entry of judgment or order), 26(a)

_____

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

(computation of time); <u>Dill v. Gen. Am. Life Ins. Co.</u>, 525 F.3d 612, 619-20 (8th Cir. 2008) (timely NOA is mandatory and jurisdictional); <u>Dieser v. Cont'l Cas. Co.</u>, 440 F.3d 920, 923 (8th Cir. 2006) (court will raise jurisdictional issues sua sponte).

_____